SO ORDERED: July 16, 2010.



James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: )<br>TEIPEN, Jeremy )<br>1523 Warren Lake Ct. )<br>Indianapolis, IN 46229 )<br>TEIPEN, Georgeanna )<br>1523 Warren Lake Ct. )<br>Indianapolis, IN 46229 )<br>            Debtors ) | CASE NO. 10-00922-JKC-13 |

### ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT OF REAL ESTATE

U.S. Bank, N.A. 's ("Secured Creditor"), by counsel, Stacy J. DeLee, Motion For Relief From Stay and to Abandon Real Estate, having come before the Court,

And the Court having examined said Motion and being duly advised in the premises, and having found that the Debtors herein have failed to make payments pursuant to the Chapter 13 Plan, being in material default and failing to adequately protect U.S. Bank, N.A. 's interest, and having found that said failure to make payments constitutes sufficient cause for relief from stay.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** by the Court that the automatic stay be, and it hereby is, lifted as to U.S. Bank, N.A. , its successors and assigns, to allow U.S. Bank, N.A. , its successors and assigns, to enforce its rights and remedies under applicable law, including,

without limitation, proceeding with a foreclosure action on the following described real estate located in Marion County, Indiana:

> **LOT 173 IN NORTH KESSLER PARK, AN ADDITION TO THE CITY OF INDIANAPOLIS, THE PLAT OF WHICH IS RECORDED IN PLAT BOOK 24, PAGE 582 IN THE OFFICE OF THE RECORDER OF MARION COUNTY, INDIANA.**
>
> Commonly known as: **5635 Hillside Avenue, Indianapolis, IN 46220**.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that said real estate is abandoned from the bankruptcy estate.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED,** that such Order shall bind Debtors in any conversion of the above-entitled bankruptcy proceeding, as to the interest of U.S. Bank, N.A. , its successors and assigns in the above-described property.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, that the fourteen (14) day stay of the order imposed by Bankruptcy Rule 4001(a) (3) be waived.

###